## 15145.   CLEMENTS v. THE STATE.

LUKE, J.   This is a companion case to *Clements* v. *State*, No. 15144, ante, 524. In this case the defendant was indicted for selling liquor. For no reason pointed out did the court err in overruling the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 15, 1924.

Indictment for sale of liquor; from Whitfield superior court—Judge Tarver.   October 19, 1923.

*Maddox, McCamy & McFarland,* for plaintiff in error.

*J. M. Lang, solicitor-general,* contra.